**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PAUL GUESS,**<br><br>          Plaintiff,<br><br>     vs.<br><br>**CONTRA COSTA COMMUNITY COLLEGE DISTRICT** *et al.***,**<br><br>          Defendants. | Case No.: 12-CV-02829 YGR<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME** |

Plaintiff's Ex Parte Request to Extend Time to Oppose Defendants' Motion to Dismiss is **GRANTED**. The Court **RESETS** the briefing and hearing schedule on the Defendants' Motion to Dismiss (*see* Dkt. No. 24) as follows:

Deadline for Plaintiff to file an Opposition:     January 25, 2013

Deadline for Defendants to file a Reply:          February 5, 2013

Hearing on Motion to Dismiss:                         February 19, 2013

Additionally, the parties are **ORDERED** to meet and confer and by no later than **Friday, January 11, 2013** file a **JOINT STATEMENT** regarding the appropriateness of a longer extension of the briefing schedule given the ongoing administrative review of Plaintiff's termination.

**IT IS SO ORDERED**.

Date: December 21, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**