United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PAUL GUESS,** | **Case No.:  12-CV-02829 YGR** |
| **Plaintiff,** | **ORDER STAYING CASE; AND SETTING STATUS HEARING** |
| **vs.** | |
| **CONTRA COSTA COMMUNITY COLLEGE DISTRICT** *et al.*, | |
| **Defendants.** | |

The Court has reviewed the parties' Joint Statement Regarding Appropriateness of a Longer Extension of Briefing Schedule Given Ongoing Administrative Review of Plaintiff's Termination. (Dkt. No. 30.)  The parties agree that the underlying administrative proceeding should be resolved before this lawsuit proceeds.

Accordingly, this action is **STAYED** and the Motion to Dismiss (Dkt. No. 24) is **DENIED** without prejudice to refile.

The Court sets this matter for a Status Hearing at **9:01 a.m.** on **Friday, May 17, 2013**, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 5.  Five (5) business days prior to the date of the Status Hearing, the parties must file a **JOINT** Case Management Statement updating the Court on the status of the administrative proceeding.  Telephonic appearances will be allowed if the joint statement has been submitted in a timely fashion and the Court deems the hearing necessary.

Failure to file the Case Management Statement or appear at the Status Hearing may result in sanctions, including monetary sanctions or dismissal.

**IT IS SO ORDERED**.

Dated:  January 15, 2013

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**