**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PAUL GUESS,**<br>     **Plaintiff,**<br>     vs.<br>**CONTRA COSTA COMMUNITY COLLEGE DISTRICT** *et al.***,**<br>     **Defendants.** | **Case No.: 12-CV-02829 YGR**<br><br>**ORDER CONTINUING STATUS HEARING** |

The Court has reviewed the parties' Joint Statement requesting the Court extend the stay of proceedings and set a further status conference.  (Dkt. No. 33.)

This action remains **STAYED** and the Court **CONTINUES** the Status Hearing from May 17, 2013 to **Friday, July 19, 2013** at **9:01 a.m.**, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 5.  Five (5) business days prior to the date of the Status Hearing, the parties must file a **JOINT** Case Management Statement updating the Court on the status of the administrative proceeding.  Telephonic appearances will be allowed if the joint statement has been submitted in a timely fashion and the Court deems the hearing necessary.

Failure to file the Case Management Statement or appear at the Status Hearing may result in sanctions, including monetary sanctions or dismissal.

**IT IS SO ORDERED**.

Dated: May 14, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**