**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PAUL GUESS,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**CONTRA COSTA COMMUNITY COLLEGE DISTRICT** *et al.*,<br><br>    **Defendants.** | Case No.: **12-CV-02829 YGR**<br><br>**ORDER VACATING COMPLIANCE HEARING; CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

On July 26, 2013, the Court required the parties to file a joint case management statement on or before September 20, 2013. Dkt. No. 37. The parties have timely filed a Joint Status Conference Statement. Dkt. No. 38. Accordingly, the Court **VACATES** the compliance hearing set for September 27, 2013, at 9:01 a.m.

The Court understands from the Joint Status Conference Statement that the administrative proceedings have concluded but that Plaintiff has filed a petition for a writ of administrative mandamus. The Court **ORDERS** a further status conference at **2:00 p.m. on Monday, January 13, 2014**, in Courtroom 5 of the Federal Courthouse located at 1301 Clay Street, Oakland, California. The parties shall file a further joint case management statement at least five (5) business days prior.

**IT IS SO ORDERED**.

Date: September 25, 2013

                                                                                                      **YVONNE GONZALEZ ROGERS**
                                                                                                           **UNITED STATES DISTRICT COURT JUDGE**