**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PAUL GUESS,** | **Case No.:  12-CV-02829 YGR** |
| **Plaintiff,** | **ORDER EXTENDING STAY AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| **v.** | |
| **CONTRA COSTA COMMUNITY COLLEGE DISTRICT,** *et al.*, | |
| **Defendants.** | |

TO ALL PARTIES AND COUNSEL OF RECORD:

On July 14, 2014, defendants timely filed a status conference statement.  (Dkt. No. 45.)  In their statement, they request continuance of the present stay in this matter for 90 additional days in light of the pendency of plaintiff's appeal of underlying proceedings.  The Court **GRANTS** defendants' request.  The stay in this case is hereby **EXTENDED** up to and including October 31, 2014, subject to further Order of this Court.  The case management conference set for July 21, 2014, is hereby **CONTINUED** to the Court's 2:00 p.m. Calendar on **Monday, October 27, 2014**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.  The parties shall file a further joint case management statement at least five (5) business days prior.

**IT IS SO ORDERED**.

Date: July 16, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**