**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PAUL GUESS,**<br><br>    Plaintiff,<br><br>    v.<br><br>**CONTRA COSTA COMMUNITY COLLEGE DISTRICT,** *et al.***,**<br><br>    Defendants. | **Case No.: 12-CV-02829 YGR**<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING STAY** |

On October 20, 2014, the parties timely filed a joint status conference statement. (Dkt. No. 48.) In their statement, they request continuance of the upcoming case management conference for an additional 90 days in light of the pendency of plaintiff's appeal of underlying proceedings. The Court **GRANTS** the parties' joint request. The case management conference set for October 27, 2014, is hereby **CONTINUED** to the Court's 2:00 p.m. Calendar on **Monday, January 26, 2015**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. The parties shall file a further joint case management statement at least five (5) business days prior.

The stay in this case is hereby **EXTENDED** up to and including January 29, 2015, subject to further Order of this Court.

**IT IS SO ORDERED**.

Date: October 21, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**