**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PAUL GUESS,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**CONTRA COSTA COMMUNITY COLLEGE DISTRICT,** *et al.***,**<br><br>      **Defendants.** | **Case No.: 12-CV-02829 YGR**<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING STAY** |

On January 16, 2015, the parties timely filed a joint status conference statement. (Dkt. No. 51.) In their statement, they request continuance of the upcoming case management conference in light of the pendency of plaintiff's appeal of underlying proceedings. The Court **GRANTS** the parties' joint request. The case management conference set for January 26, 2015, is hereby **CONTINUED** to the Court's 2:00 p.m. Calendar on **Monday, June 22, 2015**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. The parties shall file a further joint case management statement at least five (5) business days prior. If at any time prior the referenced appeal of underlying proceedings is concluded, the parties must so inform this Court within ten (10) business days.

The stay in this case is hereby **EXTENDED** up to and including June 26, 2015, subject to further Order of this Court.

**IT IS SO ORDERED**.

Date: January 21, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**