United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PAUL GUESS,** | **Case No.:  12-CV-02829 YGR** |
| **Plaintiff,** | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING STAY** |
| **v.** | |
| **CONTRA COSTA COMMUNITY COLLEGE DISTRICT,** *et al.*, | |
| **Defendants.** | |

On June 12, 2015, the parties timely filed a joint status conference statement.  (Dkt. No. 53.)  In their statement, they request continuance of the upcoming case management conference in light of the pendency of plaintiff's appeal of underlying proceedings.  The Court **GRANTS** the parties' joint request.  The case management conference set for June 22, 2015, is hereby **CONTINUED** to the Court's 2:00 p.m. Calendar on **Monday, November 2, 2015**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.  The parties shall file a further joint case management statement at least five (5) business days prior.  If at any time prior the referenced appeal of underlying proceedings is concluded, the parties must so inform this Court within ten (10) business days.

The stay in this case is hereby **EXTENDED** up to and including November 6, 2015, subject to further Order of this Court.

**IT IS SO ORDERED**.

Date: June 16, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**