UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**PAUL GUESS**,

        Plaintiff,

    v.

**CONTRA COSTA COMMUNITY COLLEGE DISTRICT, ET AL.**,

        Defendants.

Case No.  12-cv-02829-YGR

**ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Re: Dkt. No. 61

The Court construes *pro se* plaintiff's motion for clarification (Dkt. No. 61) as a motion for leave to file an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).[1]  Good cause shown, the Court **GRANTS** the motion as follows:  plaintiff may file an amended complaint by no later than **April 26, 2016**.

This Order terminates Docket Number 61.

**IT IS SO ORDERED.**

Dated: March 23, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this motion appropriate for decision without oral argument.