UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL R. GUESS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CONTRA COSTA COMMUNITY COLLEGE DISTRICT, et al.,<br><br>　　　　　Defendants. | Case No. 12-cv-02829-YGR<br><br>**ORDER DIRECTING PLAINTIFF TO REVIEW LOCAL RULES AND FILE CONFIRMATION**<br><br>Re: Dkt. No. 60 |

　　　Plaintiff Paul R. Guess failed to appear at the case management conference on June 6, 2016, in accordance with the Clerk's Notice issued March 4, 2016. (Dkt. No. 60.)

　　　Based thereon, Plaintiff is **ORDERED** to review the Northern District of California Local Rules with particular attention to Local Rule 16 regarding case management conferences, and to file a statement indicating that he has done so no later than **July 1, 2016**. Failure to file a statement timely may result in monetary sanctions against Plaintiff.

　　　**IT IS SO ORDERED.**

Dated: June 15, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　United States District Judge