UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL R. GUESS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CONTRA COSTA COMMUNITY COLLEGE DISTRICT, *et al.*,<br><br>　　　　　Defendants. | Case No. 12-cv-02829-YGR<br><br>**ORDER VACATING JUNE 28, 2016 HEARING**<br><br>Re: Dkt. No. 70 |

　　　　Defendants David Benjamin and the Office of Administrative Hearings have filed a Motion to Dismiss Plaintiff Paul R. Guess' Complaint. (Dkt. No. 70.) The Court has reviewed the papers filed in connection with the motion, opposition, and reply and finds this matter appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).

　　　　Accordingly, the hearing set for **June 28, 2016,** is **VACATED** and no appearance is required. The Court will issue a written decision on the papers.

　　　　**IT IS SO ORDERED.**

Dated: June 21, 2016

_____
**YVONNE GONZALEZ ROGERS**
United States District Judge