UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL R. GUESS,<br><br>    Plaintiff,<br><br>    v.<br><br>CONTRA COSTA COMMUNITY COLLEGE DISTRICT, *et al.*,<br><br>    Defendants. | Case No. 12-cv-02829-YGR<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME; SETTING BRIEFING SCHEDULE; VACATING JULY 26, 2016 HEARING**<br><br>Re: Dkt. No. 76, 82 |

Defendants Helen Benjamin, Contra Costa Community College District, Peter Garcia, Gene Huff, Ellen Kruse, and Susan Lamb (collectively, "the College Defendants") have filed a Motion to Dismiss Plaintiff Paul R. Guess' Complaint. (Dkt. No. 76.) Plaintiff Paul R. Guess seeks an extension of time to file his opposition to the motion. (Dkt. No. 82.)

Plaintiff's request for extension of time is **GRANTED**. Plaintiff shall file his response on **July 8, 2016**. The College Defendants shall file their reply no later than **July 15, 2016**.

The hearing on the motion at Docket No. 76, currently set for July 26, 2016, is **VACATED**. Should the Court require oral argument, the parties will be given further notice of such hearing.

This terminates Docket No. 82.

**IT IS SO ORDERED.**

Dated: June 24, 2016

                                        _____
                                        **YVONNE GONZALEZ ROGERS**
                                        United States District Judge