UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL R. GUESS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CONTRA COSTA COMMUNITY COLLEGE DISTRICT, *et al.*,<br><br>　　　　　Defendants. | Case No.  12-cv-02829-YGR<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO SEAL AND REQUEST FOR ADDITIONAL TIME TO FILE OPPOSITION**<br><br>Re: Dkt. No. 87 |

　　　　Plaintiff Paul R. Guess has filed a Motion To Seal and Request for Additional Time to File Opposition to the College District Defendant's Motion to Dismiss.  (Dkt. No. 87.)

　　　　The Court finds good cause for sealing of the request due to the confidential personal information therein, and good cause for the brief requested extension.  Plaintiff's motion is **GRANTED**.  Plaintiff shall file his response on **July 12, 2016**.  The College District Defendants shall file their reply no later than **July 19, 2016**.

　　　　**IT IS SO ORDERED.**

Dated: July 7, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　United States District Judge